```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   D.C. NO. 2-11-cr-0536 WBS
                                 )
13      v.                       )   APPLICATION FOR UNSEALING
                                 )   INDICTMENT
14  CHRISTOPHER JAMES TONKIN,    )
                                 )
15          Defendant.           )
    _____)
16
17       On December 16, 2011, the indictment was filed in the above-
18  referenced case.  Since the defendant has now been arrested, it is
19  no longer necessary for the indictment to be sealed.  The government
20  respectfully requests that the indictment and this case be unsealed.
21  DATED: December 20, 2011          BENJAMIN B. WAGNER
                                      United States Attorney
22
23                                    By:/s/ Kyle F. Reardon
                                         KYLE F. REARDON
24                                       Assistant U.S. Attorney
25
26
27
28
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )
12          Plaintiff,              )    D.C. NO. 2-11-cr-0536 WBS
                                   )
13     v.                          )    ORDER FOR
                                   )    UNSEALING INDICTMENT
14 CHRISTOPHER JAMES TONKIN,       )
                                   )
15          Defendant.              )
   _____)
16

17     The government's request to unseal the indictment and this case

18 is GRANTED.

19     SO ORDERED.

20 DATED: December 20, 2011         /s/ Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
21                                  U.S. Magistrate Judge

22

23

24

25

26

27

28