```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  THOMAS M. GARBERSON, (SBN 269158)
    JONATHAN C. TURNER of Counsel (SBN 191540)
 3  660 'J' Street, Suite 390
    Sacramento, CA  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant,
    CHRISTOPHER JAMES TONKIN
 6

 7          IN THE UNITED STATES DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,          Case No.: 2:11-CR-0536 WBS

11           Plaintiff,
                                       STIPULATION AND [PROPOSED]
12       vs.                           ORDER CONTINUING STATUS
                                       CONFERENCE HEARING AND
13  CHRISTOPHER JAMES TONKIN,          EXCLUDING TIME

14           Defendant.                Date:  January 23, 2012
                                       Time:  9:30 a.m.
15                                     Ctrm:  5 (WBS)
```

(Note: "PROPOSED" is struck through.)

IT IS HEREBY STIPULATED by Christopher James Tonkin, through his counsel Clyde M. Blackmon and by the United States of America, through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference now set for January 23, 2012, at 9:30 a.m., be continued to March 5, 2012 at 9:30 a.m.

This case involves a seized computer and expert analysis of that computer.  To date, defense counsel has been unable to fully investigate the government's forensic analysis of the defendant's computer and determine whether or not a defense

1  expert is necessary.  The additional time is necessary to permit
2  such investigation.
3       The parties further stipulate that the time from the
4  currently set status conference on January 23, 2012, through
5  March 5, 2012, the requested date for the continued status
6  conference, should be excluded from computation of the time
7  period in which trial should commence under the Speedy Trial
8  Act.  The parties stipulate that the ends of justice would be
9  served by the Court excluding that time period from computation
10 because of the volume of discovery in the matter and the need
11 for the defense to counsel to have reasonable time for effective
12 preparation, taking into account the exercise of due diligence.
13 18 U.S.C. §3161(h)(7)(B)(iv).
14      For these reasons, Mr. Tonkin, his counsel and the
15 government stipulate and agree that the ends of justice served
16 by granting the requested continuance of the status conference
17 outweigh the best interests of the public and Mr. Tonkin in a
18 speedy trial.
19
20 **IT IS SO STIPULATED.**
21
22 DATED:   January 19, 2012     By: //s// Clyde M. Blackmon for
                                     KYLE REARDON
23                                   Assistant U.S. Attorney
24
25 DATED:   January 19, 2012     By:  //s// Clyde M. Blackmon
                                     CLYDE M. BLACKMON,
26                                   BLACKMON & ASSOCIATES,
                                     Attorneys for Defendant
27                                   CHRISTOPHER J. TONKIN
28

**ORDER**

  IT IS HEREBY ORDERED that the status conference currently set for January 23, 2012, at 9:30 a.m. is continued to March 5, 2012, at 9:30 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through March 5, 2012.  For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Tonkin in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

**IT IS SO ORDERED:**

            DATED:   January 20, 2012

            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME