1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   CHRISTOPHER JAMES TONKIN

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         Case No.: 2:11-CR-0536 WBS

10          Plaintiff,
                                     STIPULATION AND [PROPOSED]
11     vs.                           ORDER CONTINUING STATUS
                                     CONFERENCE
12 CHRISTOPHER JAMES TONKIN,
                                     Date:  April 9, 2012
13          Defendant.               Time:  9:30 a.m.
                                     Ctrm:  5 (WBS)

15      The United States of America, through its counsel Kyle F.
16 Reardon, and Christopher James Tonkin, through his counsel Clyde
17 M. Blackmon, stipulate that the status conference in this matter
18 currently scheduled for 9:30 a.m. on April 9, 2012, may be
19 continued to June 4, 2012, at 9:30 a.m.
20      This case involves computers seized from Mr. Tonkin and
21 evidence that was found by law enforcement officers on those
22 computers.  Defense counsel has reviewed evidence found on the
23 computers.  However, additional time is necessary to conduct
24 further investigation of the computers to determine if there are
25 issues associated with the computers that would provide grounds
26 for a defense to the charges lodged against Mr. Tonkin.  In
27 addition, the parties have commenced settlement negotiations and

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1  additional time is necessary to pursue those negotiations which
2  may be influenced by the results of further investigation of the
3  computer evidence in the case. Therefore, the parties request
4  that the status conference now set for April 9, 2012, be
5  continued to June 4, 2012.
6      The parties further stipulate that the time from the date
7  of the currently set status conference, April 9, 2012, through
8  June 4, 2012, the requested date for the continued status
9  conference, should be excluded from the computation of the
10 period of time during which trial should commence under the
11 Speedy Trial Act.  The parties also stipulate that the ends of
12 justice will be served by the Court excluding that period of
13 time from the computation due to the necessity for further
14 investigation by defense counsel and the need for defense
15 counsel to have adequate time for effective preparation for
16 trial, taking into account the exercise of due diligence.
17     For these reasons Mr. Tonkin, his counsel and the
18 government stipulate that the ends of justice served by granting
19 the requested continuance of the status conference outweigh the
20 best interests of the public and Mr. Tonkin in a speedy trial.
21 **IT IS SO STIPULATED.**
22 DATED:   April 5, 2012         By: //s// Kyle Reardon_____
23                                     KYLE REARDON
                                       Assistant U.S. Attorney
24
   DATED:   April 5, 2012         By: _//s// Clyde M. Blackmon___
25                                     CLYDE M. BLACKMON,
                                       ROTHSCHILD WISHEK & SANDS
26                                     LLP, Attorneys for
                                       Defendant CHRISTOPHER J.
27                                     TONKIN
28

**ORDER**

IT IS HEREBY ORDERED that the status conference currently set for April 9, 2012, at 9:30 a.m. is continued to June 4, 2012, at 9:30 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and, therefore, time is excluded under the Speedy Trial Act from April 9, 2012, through June 4, 2012.  For the reasons set out in the stipulation of the parties, the ends of justice served by granting the continuance of the status conference outweigh the best interests of the public and Mr. Tonkin in a speedy trial.

**IT IS SO ORDERED:**

DATED:   April 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE